THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD JACK HARDY, | CASE NO. C20-5898-JCC |
| Petitioner, | ORDER |
| v. | |
| RON HAYNES, | |
| Respondent. | |

This matter comes before the Court on the Report and Recommendation (R&R) of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. No. 9). Having thoroughly considered the R&R, the relevant record, and received no objections, the Court ORDERS that:

1. The R&R (Dkt. No. 9) is ADOPTED.
2. Petitioner's federal habeas petition is DENIED.
3. A certificate of appealability is DENIED in this case.
4. The Clerk is respectfully DIRECTED to provide a copy of this order to Petitioner, all counsel of record, and the Honorable J. Richard Creatura.

//
//
//
//

ORDER
C20-5898-JCC
PAGE - 1

DATED this 14th day of January 2021.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE